**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

James Weimer

vs  Case No. C2-06-844

Honda of America, Mtg., Inc.  **Judge Frost**
**Magistrate Judge King**

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that the jury returned a verdict in favor of the Defendant and against the Plaintiff.

Date: **October 9, 2008**   **James Bonini, Clerk**

  _s/ Scott Miller_
  By Scott Miller /Deputy Clerk