# EXHIBIT A

Deposition Specialists, Inc.
35 East Gay Street, Ste. 300
Columbus, OH 43215
(614) 221-4034

**Invoice**

| Number | 6786 |
|---|---|
| Date | 11/30/07 |

Bill To
Michelle M. Gubola, Esquire
Marysville Motorcycle Plant
24000 Honda Parkway
Marysville OH 43040-9251

IN RE:
James A. Weimer vs.
Honda of America, Mfg. - depo
of James Weimer
11/8/07  9:30-2:34 p.m.

| EIN# | Reporter | Case No. | Venue |
|---|---|---|---|
| 31-1287221 | S. Bennett | 02:06-CV-844 | U.S. District Court |

| Hours/Pages | Description | Rate | Amount |
|---|---|---|---|
| 4 | Appearance fee | 50.00 | 200.00 |
| 150 | Original transcript | 3.50 | 525.00 |

*We greatly appreciate this opportunity to serve your court reporting needs!*

Amount Paid  0.00          Amount Due  725.00

**TOTAL**          $725.00