# EXHIBIT C



**Document Efficiency At Work.**
A RICOH COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | COL08100030 |
| Invoice Date: | 10/06/2008 |
| Due Date: | 10/16/2008 |
| Terms: | Net 10 Days |
| Customer Code: | COL-VSSP |
| Natl ID: | 18765 |

IKON Office Solutions - Columbus, OH
Phone: (614) 241-5181    Fax: (614) 241-5185
Federal ID: 230334400

**BILL TO:**
VORYS, SATER, SEYMOUR & PEASE
52 E. GAY STREET
COLUMBUS, OH 43216

**SHIP TO:**
VORYS, SATER, SEYMOUR & PEASE
52 E. GAY STREET
COLUMBUS, OH 43216

Price using: STANDARD Price

Attn: CHERYL MacDONALD

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 007394-002975 | | | Robin Schumann |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0810-0031 | 10/04/2008 | CHERYL MacDONALD - VORYS, SATER, SEYMOUR & PEASE | | | | |
| | | B&W Copies C - Medium Litigation | 2,234.00 | 0.1300 | | 290.42 |
| | | Color 8.5x11 (Letter) Copies | 35.00 | 0.9900 | | 34.65 |
| | | Oversize B&W (sq/ft) | 25.00 | 1.2500 | | 31.25 |
| | | Foamcore - 3/16" (sq ft) | 25.00 | 3.3000 | | 82.50 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 438.82 |
| Sales Tax: | 29.62 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **468.44** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
VORYS, SATER, SEYMOUR & PEASE
52 E. GAY STREET
COLUMBUS, OH 43216

**Amount Enclosed**
$

Invoice: COL08100030
Invoice Date: 10/06/2008
Due Date: 10/16/2008
Customer Code: COL-VSSP
Natl ID: 18765

**Please Remit To:**
IKON Office Solutions
LDS Great Lakes District - COL
1600 Solutions Center
Chicago, IL 60677-1005

**PAY THIS AMOUNT** $ 468.44

Vorys, Sater, Seymour and Pease LLP
**0VENDOR CHECK REQUEST**

Date: October 24, 2008

**Check Payable**   IKON Office Solutions
                    LDS Great Lakes District - COL
**Address**         1600 Solutions Center
**City/State/Zip**  Chicago, IL 60677-1005
**Vendor No.**      52465-30          **Invoice No.**     COL08100030
**Invoice Date**    10/06/2008        **Invoice Amount** $ 468.44
**Payee TIN**
**Description**     Cheryl MacDonald: 2,234 b/w copies, 35 letter color copies, 25
                    sq.ft. b/w oversize, 25 sq.ft. foam mount

**Client Advance Expenses:**

**Client Name**                              **Matter Name**
**Client No.**                               **Matter No.**
**Atty No.**  2531    **Disb. Code**  55     **Amount** $ 468.44

**Disb. Codes:**
  41   Copies of Document              57   Patent/Trademark Search
  43   Courier Services                61   Title/Abstract
  45   Court Costs                     65   Witness Fee
  47   Court Reporters                 69   Medical Records
  49   Filing Fees                     71   Car Messenger
  53   Miscellaneous                   73   Cellular Telephone
  55   Outside Professional Services   79   CT Corp/OPEN Service

**Firm Expenses:**

| G/L No. | Office No. | Dept. No. | Atty No. | Amount |
|---|---|---|---|---|
| -- | -- | -- | -- | $ |
| -- | -- | -- | -- | $ |
| -- | -- | -- | -- | $ |

Original bill must be attached.

Mail check to vendor  X                      Messenger Delivery

**Originating Attorney:**
**If over $50, approved by:**
**Requested by:**       Tammy Tuck
**Signature:**          Tammy Tuck
**Phone Ext.:**         3017

* Required before first payment can be made to an individual or partnership


835423

| Vendor | | | | | Check Date | Check No. |
|---|---|---|---|---|---|---|
| 52465 | IKON OFFICE SOLUTIONS | | | | 11/07/08 | 10239075 |

| Reference | Voucher No. | Invoice Date | Invoice No. | Description | Net Amount |
|---|---|---|---|---|---|
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | 835423 | 10/06/08 | ████████ | | 468.44 |
| MAIL | ████████ | ████████ | JUL0810030 | | ████████ |
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | ████████ | ████████ | ████████ | | ████████ |
| MAIL | | | | TOTAL | ████████ |